Debtor Name **Horseman Supply Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**

(State)

Case number (If known): **24-43133-7**

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **PlainsCapital Bank** | **Checking account** | **8 8 0 2** | **$0.00** |

4.  **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1 **Janice Roberts-Gilliland (Check for Hay Sale)** | **$95.00** |
| 4.2 **Stacia Hays (Employee of Horseman in possession of checks totaling $917.00)** | **$917.00** |

5.  **Total of Part 1**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    | **$1,012.00** |

## Part 2: Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

    7.1 _____ _____

7.2 _____ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____ _____

8.2 _____ _____

9. **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

_____

---

**Part 3:**    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | **$0.00** | - | **$0.00** | =..... ➡ | **$0.00** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: |  | - |  | =..... ➡ |  |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$0.00**

---

**Part 4:**    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____ _____ _____

14.2 _____ _____ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. _____ | _____ | _____ | _____ |
| 15.2. _____ | _____ | _____ | _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____ _____ _____

    16.2 _____ _____ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

___

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19.**   **Raw materials** | | | | |
| **Saddle tress / leather** | MM / DD / YYYY | **unknown** | | **$4,500.00** |
| **20.**   **Work in progress** | | | | |
| | MM / DD / YYYY | | | |
| **21.**   **Finished goods, including goods held for resale** | | | | |
| **Inventory for Sale** | MM / DD / YYYY | **unknown** | | **$650,000.00** |
| **22.**   **Other inventory or supplies** | | | | |
| **200 Hay Bales** | MM / DD / YYYY | **unknown** | | **$4,000.00** |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.       **$658,500.00**

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.   Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | (Where available) | | |

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

**28.** **Crops—either planted or harvested**

_____    _____    _____    _____

**29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

_____    _____    _____    _____

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

_____    _____    _____    _____

**31.** **Farm and fishing supplies, chemicals, and feed**

_____    _____    _____    _____

**32.** **Other farming and fishing-related property not already listed in Part 6**

_____    _____    _____    _____

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.    _____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment: and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office Furniture | unknown | | $500.00 |
| **40. Office fixtures** | | | |
| | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| POS Amber 2022 | unknown | | $500.00 |
| 2 Card Processors | unknown | | $200.00 |
| Computer Equipment and Software | unknown | | $1,650.00 |
| Laptop | unknown | | $100.00 |
| Engraving Machine | unknown | | $1,000.00 |
| Monitoring System | unknown | | $500.00 |
| Cameras | unknown | | $700.00 |
| TV | unknown | | $100.00 |
| 2 Leather Clickers | unknown | | $6,000.00 |
| Leather Carving tools | unknown | | $2,000.00 |
| Leather Clicker Dies | unknown | | $3,000.00 |
| 3 Sewing Machines | unknown | | $2,500.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43. Total of Part 7**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | $18,750.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **2003 Schrick Elite Trailer /** VIN: 1E9BF282X35230128 Gooseneck Trailer | unknown | | $3,500.00 |
| **Kubota Tractor MX5100F** | unknown | | $12,000.00 |
| **Nissan MUGL02A30U Forklift** | unknown | | $6,000.00 |
| **LULL 644D-34 Telescopic Forklift** | unknown | | $15,000.00 |
| **Komatsu FG45T-6 Dually Pneumatic Forklift** | unknown | | $10,000.00 |
| **22' Box Trailer** | unknown | | $3,000.00 |
| **Hay Grapple** | unknown | | $400.00 |

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.   | $49,900.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:    Real property

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Real Property /** 2010 Ft Worth<br>**Highway Weatherford, TX 76086** | **Fee Simple** | **unknown** | **FMV** | **$500,000.00** |
| 55.2 **Real Property /** 2018 FT Worth<br>**Highway Weatherford, TX 76086** | **Fee Simple** | **unknown** | **Appraisal District** | **$110,000.00** |
| 55.3 **Real Property /** 2020 FW Worth<br>**Highway Weatherford, TX 76086** | **Fee Simple** | **unknown** | **FMV** | **$1,000,000.00** |

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    **$1,610,000.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
|    **Fort Worth Saddle Co. (Trade Name)** | **unknown** | | **$1.00** |
| **61.** **Internet domain names and websites** | | | |
|    **www.horsemansupply.com** | **unknown** | | **$1.00** |
| **62.** **Licenses, franchises, and royalties** | | | |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10**                                                                                    $2.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

                                                                          **Current value of
                                                                          debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

    _____   _____ – _____ = ➡   _____
                                   Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    _____   Tax year _____   _____
    _____   Tax year _____   _____
    _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

     **Nature of claim**

     **Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

     **Nature of claim**

     **Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

     Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,012.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $658,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $18,750.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $49,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...........................................➡ | | $1,610,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $728,164.00 | **+** 91b. $1,610,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................................ | | $2,338,164.00 |

Fill in this information to identify the case:

Debtor name   **Horseman Supply Inc.**

United States Bankruptcy Court for the: _____ **Northern**   District of   **Texas**

                                                 (State)

Case number (if known)   **24-43133-7**

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>Amount of claim<br>Do not deduct the value<br>of collateral. | *Column B*<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

| **2.1** Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| **Bizfund LLC** | Interest in Future Receivables | **$160,932.00** | **$0.00** |
| Creditor's mailing address | **Describe the lien** | | |
| c/o Brian Schechter | **UCC-1 Financing Statement** | | |
| 315 Avenue U | **Is the creditor an insider or related party?** | | |
| Brooklyn, NY 11223 | ☑ No | | |
| | ☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | ☐ No | | |
| Date debt was incurred   **4/8/2024** | ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| Last 4 digits of account number   __ __ __ __ | **As of the petition filing date, the claim is:**<br>Check all that apply. | | |
| Do multiple creditors have an interest in the same property? | ☐ Contingent | | |
| ☐ No | ☐ Unliquidated | | |
| ☑ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Disputed | | |
| **1) Bizfund LLC**; 2) Funding Metrics, LLC; 3) Libertas Funding, LLC; 4) IOU Financial; 5) Small Business Administration | | | |
| **Remarks:** Interest in Future Receivables | | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      **$913,482.94**

| | Column A | Column B |
|---|---|---|
| **Part 1:**    Additional Page | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | |

**2.2**   **Creditor's name**

**Funding Metrics, LLC**

**Creditor's mailing address**

**3220 Tillman Drive 200**

**Bensalem, PA 19020**

**Creditor's email address, if known**

_____

Date debt was incurred    **5/24/2024**

Last 4 digits of account    **7   6   4   4**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

     ☐ No.   Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

     ☑ Yes. The relative priority of creditors is specified on lines   **2.1**

**Describe debtor's property that is subject to a lien**

Interest in Future Receivables

**Describe the lien**

**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: **$105,000.00**

Value of collateral: **$0.00**

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

| | | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

**IOU Financial**

**Creditor's mailing address**

**600 Townpark Lane**

**Kennesaw, GA 30144**

**Creditor's email address, if known**

_____

**Date debt was incurred**      <u>2023</u>

**Last 4 digits of account number**      __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines <u>2.1</u>

**Remarks:** Interest in Future Receivables

**Describe debtor's property that is subject to a lien**

<u>Interest in Future Receivables</u>

**Describe the lien**

**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$291,290.44**

Column B: **$0.00**

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
*Value of collateral that supports this claim*

**2.4** Creditor's name

**Libertas Funding, LLC**

Creditor's mailing address

**411 West Putnam Ave**

**Taftville, CT 06380**

Creditor's email address, if known

_____

Date debt was incurred     4/11/2024

Last 4 digits of account    ___ ___ ___ ___
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines   2.1

**Remarks:** Interest in Future Receivables

Describe debtor's property that is subject to a lien

Interest in Future Receivables

Describe the lien

**UCC-1 Financing Statement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$177,028.50**

Column B: **$0.00**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.5** **Creditor's name**

**Parker County Appraisal District**

**Creditor's mailing address**

**1108 Santa Fe Dr**

**Weatherford, TX 76086-5818**

**Creditor's email address, if known**

_____

Date debt was incurred          **2024**

Last 4 digits of account
number               __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

     For Real Property: **1) Parker County Appraisal District**; 2) Small Business Administration; For Real Property: **1) Parker County Appraisal District**; 2) Small Business Administration; For Real Property: **1) Parker County Appraisal District**; 2) Small Business Administration

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Real Property, Real Property, Real Property

**Describe the lien**

**Property Tax**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$29,232.00**

Column B: **$1,610,000.00**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** **Creditor's name**

**Small Business Administration**

**Creditor's mailing address**

**Po 3918**

**Portland, OR 97208**

**Creditor's email address, if known**

_____

**Date debt was incurred**    __06/02/2020__

**Last 4 digits of account**    **7  8  0  2**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    For Interest in Future Receivables: 1) Bizfund LLC; 2) Funding Metrics, LLC; 3) Libertas Funding, LLC; 4) IOU Financial; **5) Small Business Administration**; For Real Property: 1) Parker County Appraisal District; **2) Small Business Administration**; For Real Property: 1) Parker County Appraisal District; **2) Small Business Administration**; For Real Property: 1) Parker County Appraisal District; **2) Small Business Administration**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Interest in Future Receivables, 2 Card Processors, 2 Leather Clickers, 200 Hay Bales, 22' Box Trailer, 3 Sewing Machines, Cameras, 2003 Schrick Elite Trailer, Hay Grapple, Inventory for Sale, Janice Roberts-Gilliland (Check for Hay Sale), Kubota Tractor MX5100F, Komatsu FG45T-6 Dually Pneumatic Forklift, Laptop, Computer Equipment and Software, Fort Worth Saddle Co. (Trade Name), Leather Carving tools, Leather Clicker Dies, LULL 644D-34 Telescopic Forklift, Engraving Machine, Monitoring System, Nissan MUGL02A30U Forklift, Office Furniture, PlainsCapital Bank, POS Amber 2022, Saddle tress / leather, Stacia Hays (Employee of Horseman in possession of checks totaling $917.00), TV, www.horsemansupply.com, Real Property, Real Property, Real Property

**Describe the lien**

**UCC-1 Financing Statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  |  |
|---|---|
| $150,000.00 | $2,338,164.00 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|
| **Corporate Service Company** <br> **251 Little Falls Drive** <br> **Wilmington, DE 19808** | Line 2. __1__ | ___ ___ ___ ___ |
| **Commercial Asset Recovery** <br> **1330 Avenue of the Americas 23A** <br> **New York, NY 10019** | Line 2. __2__ | ___ ___ ___ ___ |
| **UCC Filer 2** <br> **5150 Tamiani Trial Ln** <br> **Naples, FL 34103** | Line 2. __3__ | ___ ___ ___ ___ |
| **Steven Zakharyayaev, Esq.** <br> **10 W. 37ty Street, RM 602** <br> **New York, NY 10018** | Line 2. __4__ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Debtor name          **Horseman Supply Inc.**

United States Bankruptcy Court for the:

         **Northern District of Texas**

Case number (if known):      **24-43133-7**

☑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,700.00** | **$3,700.00** |
|    **Internal Revenue Service** | ☐ Contingent | | |
|    **Special Procedures-Insolvency** | ☐ Unliquidated | | |
|    **P.O. Box 7346** | ☐ Disputed | | |
|    **Philadelphia, PA 19101** | **Basis for the Claim:** | | |
| Date or dates debt was incurred |    **Taxes** | | |
|    **2023** | **Is the claim subject to offset?** | | |
| Last 4 digits of account | ☑ No | | |
| number ___ ___ ___ ___ | ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)** | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,839.23** | **$4,352.50** |
|    **Texas Comptroller Of Public Accounts** | ☐ Contingent | | |
|    **State Comptroller of Public Accounts Revenue Accounting Division-Bankruptcy Section** | ☐ Unliquidated | | |
| | ☐ Disputed | | |
|    **P.O. Box 13528** | **Basis for the Claim:** | | |
|    **Austin, TX 78711** |    **Limited Sales, Excise and Use Tax** | | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | | |
| | ☑ No | | |
| | ☐ Yes | | |
| Last 4 digits of account number **8** **8** - **4** | | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)** | | | |

## Part 1:   Additional Page

---

**2.3**   Priority creditor's name and mailing address

**Texas Comptroller Of Public Accounts**

**State Comptroller of Public Accounts**
**Revenue Accounting Division-**
**Bankruptcy Section**

**P.O. Box 13528**

**Austin, TX 78711**

Date or dates debt was incurred

**2024**

Last 4 digits of account
number   **9**   **8**   **8**   **4**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)   **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:
**Franchise Tax**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,718.00      $3,718.00

---

**2.4**   Priority creditor's name and mailing address

**Texas Workforce Commission**

**TEC Building- Bankruptcy**

**101 E. 15th Street**

**Austin, TX 78778**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)   **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown      $0.00

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
| --- | --- |

**3.1** Nonpriority creditor's name and mailing address

**Animal Health International**

**5620 Snell Dr.**

**San Antonio, TX 78219-3023**

Date or dates debt was incurred    **5/31/2024**

Last 4 digits of account number    **0　0　4　1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,423.25**

---

**3.2** Nonpriority creditor's name and mailing address

**Arizona Hay & Feed**

**1817 N Signal Peak Rd**

**Casa Grande, AZ 85194**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$15,000.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Bluebonnet Feeds**

**PO Box 3844**

**Omaha, NE 68103**

Date or dates debt was incurred    **6/4/2024**

Last 4 digits of account number    **5 __ A C**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,645.59**

---

**3.4** Nonpriority creditor's name and mailing address

**Brink's Security**

**1990 Wittington Place**

**Dallas, TX 75234**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Security Service**

Is the claim subject to offset?
☑ No
☐ Yes

**$200.00**

| Part 2: | Additional Page |
|---|---|

---

**3.5** | Nonpriority creditor's name and mailing address
**Bryant Grain Co.**

**300 N Front St**

**Aledo, TX 76008-6426**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$51,122.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**C&G Logistics**

**2889 County Road 456**

**Stephenville, TX 76401**

Date or dates debt was incurred    **3/22/2024**

Last 4 digits of account number    **0  1  9  2**

As of the petition filing date, the claim is:    **$2,900.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**C.J. Bell Hay Sales**

**Po Box 5660**

**Yuma, AZ 85366-2481**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$33,312.05**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**CapitalOne Spark Business**

**P.O. Box 30285**

**Salt Lake City, UT 84130-0285**

Date or dates debt was incurred    _____

Last 4 digits of account number    **1  9  6  6**

As of the petition filing date, the claim is:    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:** Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76,500.00 |
|---|---|---|---|
| | **Chase** | ☐ Contingent | |
| | **PO Box 6294** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | | Basis for the claim: **Credit Card** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303.10 |
|---|---|---|---|
| | **City of Weatherford** | ☐ Contingent | |
| | **303 Palo Pinto Street** | ☐ Unliquidated | |
| | **Weatherford, TX 76086** | ☐ Disputed | |
| | | Basis for the claim: **Utility** | |
| | Date or dates debt was incurred **7/2024** | Is the claim subject to offset? | |
| | Last 4 digits of account number **3 6 3 8** | ☑ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Corporate Client Services, LLC** | ☐ Contingent | |
| | **1880 North Congress Ave. 211** | ☐ Unliquidated | |
| | **Boynton Beach, FL 33426** | ☐ Disputed | |
| | | Basis for the claim: | |
| | Date or dates debt was incurred **05/28/2024** | Is the claim subject to offset? | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,392.00 |
|---|---|---|---|
| | **D&J Distributors** | ☐ Contingent | |
| | **1521 W. Lingleville Rd. Suite B** | ☐ Unliquidated | |
| | **Stephenville, TX 76401** | ☐ Disputed | |
| | | Basis for the claim: **Trade debt** | |
| | Date or dates debt was incurred **5/31/2024** | Is the claim subject to offset? | |
| | Last 4 digits of account number **2 3 - 4** | ☑ No  ☐ Yes | |

<table>
<tr><td>Part 2:</td><td>Additional Page</td></tr>
</table>

| | | |
|---|---|---|
| **3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,772.00 |

**3.13** Nonpriority creditor's name and mailing address

**Daurio Brothers Alfalfa Company**

**21258 County Road Cc**

**La Junta, CO 81050-9744**

Date or dates debt was incurred   **4/26/2024**

Last 4 digits of account number   **2  4  2  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,772.00

---

**3.14** Nonpriority creditor's name and mailing address

**Equibrand Corporation**

**3500 W Us Highway 377**

**Granbury, TX 76048-1103**

Date or dates debt was incurred

Last 4 digits of account number   **0  1  1  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$339.29

---

**3.15** Nonpriority creditor's name and mailing address

**Five Star Alarm & Communications, Inc.**

**6333 Airport Freeway Suite 220**

**Haltom City, TX 76117**

Date or dates debt was incurred

Last 4 digits of account number   **p  p  l  y**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset?
☑ No
☐ Yes

$754.16

---

**3.16** Nonpriority creditor's name and mailing address

**Frontier Forest Products**

**PO Box 2410**

**Riverton, WY 82501**

Date or dates debt was incurred   **6/25/2024**

Last 4 digits of account number   **2  3  +  +**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$10,137.00

## Part 2:  Additional Page

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,805.00 |
|---|---|---|---|
| | **Hardison Farms** | ☐ Contingent | |
| | **PO Box 156** | ☐ Unliquidated | |
| | **Palo Verde, AZ 85343** | ☐ Disputed | |
| | | Basis for the claim:  **Trade debt** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number  ___ ___ ___ ___ | ☑ No  ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,978.81 |
|---|---|---|---|
| | **Heartland** | ☐ Contingent | |
| | **One Heartland Way** | ☐ Unliquidated | |
| | **Jeffersonville, IN 47130** | ☐ Disputed | |
| | | Basis for the claim:  **Merchant Agreement** | |
| | Date or dates debt was incurred  **6/1/2024** | Is the claim subject to offset? | |
| | Last 4 digits of account number  **2  4  1  0** | ☑ No  ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,468.80 |
|---|---|---|---|
| | **J.R. Preece** | ☐ Contingent | |
| | **2396 W. Vaughn Rd** | ☐ Unliquidated | |
| | **El Centro, CA 92243** | ☐ Disputed | |
| | | Basis for the claim:  **Trade debt** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | Last 4 digits of account number  ___ ___ ___ ___ | ☑ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $285.58 |
|---|---|---|---|
| | **K&D Equestrain Products LLC** | ☐ Contingent | |
| | **PO Box 636** | ☐ Unliquidated | |
| | **Gainesville, TX 76241** | ☐ Disputed | |
| | | Basis for the claim:  **Trade debt** | |
| | Date or dates debt was incurred  **5/9/2024** | Is the claim subject to offset? | |
| | Last 4 digits of account number  **2  8  0  8** | ☑ No  ☐ Yes | |

**Part 2:**   Additional Page

---

**3.21**   Nonpriority creditor's name and mailing address

**K&K Veterinary Supply**

**675 Laura Lane**

**Tontitown, AR 72770**

Date or dates debt was incurred _____

Last 4 digits of account number   **3   6   2   2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$12,727.04

---

**3.22**   Nonpriority creditor's name and mailing address

**Lone Star Tack**

**321 Vaughn Lane**

**Weatherford, TX 76086**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,117.71

---

**3.23**   Nonpriority creditor's name and mailing address

**Med Vet Pharmaceuticals**

**14101 W 62nd St**

**Eden Prairie, MN 55346-1706**

Date or dates debt was incurred   **1/9/2024**

Last 4 digits of account number   **0   0   0   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,552.04

---

**3.24**   Nonpriority creditor's name and mailing address

**Nationwide Insurance**

**PO Box 514540**

**Los Angeles, CA 90051-4540**

Date or dates debt was incurred _____

Last 4 digits of account number   **0   0   1   5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$4,827.78

---

| **Part 2:** | Additional Page |
| --- | --- |

### 3.25

**Nonpriority creditor's name and mailing address**

**Nelson Wholesale Service**

**PO Box 370**

**Brownwood, TX 76804**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Trade debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,333.72

### 3.26

**Nonpriority creditor's name and mailing address**

**Partrade Trading Corporation**

**3801 Commerce Dr**

**Kinston, NC 28504-7903**

Date or dates debt was incurred    _____

Last 4 digits of account number    **4  0  1  1**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Trade debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,894.97

### 3.27

**Nonpriority creditor's name and mailing address**

**PlainsCapital Bank**

**P.O. Box 93600**

**Lubbock, TX 79493**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

### 3.28

**Nonpriority creditor's name and mailing address**

**Professional Choice**

**2025 Gillespie Way**

**El Cajon, CA 92020**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Trade debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$396.28

## Part 2: Additional Page

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $158.00 |
|---|---|---|---|

**Shiloh Stables & Tack**

**371 N Bilhen St**

**Troy, NC 27371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred __05/22/2024__

Last 4 digits of account number __0__ __4__ __5__ __9__

**Basis for the claim:** __Trade debt__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $284.97 |
|---|---|---|---|

**Spectrum**

**Charter Business**

**PO Box 94188**

**Palatine, IL 60094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis for the claim:** __Trade debt__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,817,439.86 |
|---|---|---|---|

**Ted & Valerie Sudderth**

**1861 Ranger Hwy**

**Weatherford, TX 76088**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred __12/31/2022__

Last 4 digits of account number __ __ __ __

**Basis for the claim:** __Promissory Note__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $613.68 |
|---|---|---|---|

**Texas Butane Co., Inc.**

**103 W Church St**

**Weatherford, TX 76086-4309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |

**3.33** Nonpriority creditor's name and mailing address

**TXU Energy**

**PO Box 650764**

**Dallas, TX 75265-0638**

Date or dates debt was incurred

Last 4 digits of account number    **6  3  2  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset?
☑ No
☐ Yes

$1,815.00

**3.34** Nonpriority creditor's name and mailing address

**Vernon Capital Group, LLC**

**c/o Mark W. Stout**
**Padfield & Stout, L.L.P.**

**100 Throckmorton Street 700**

**Fort Worth, TX 76102**

Date or dates debt was incurred    **12/19/2023**

Last 4 digits of account number    **8  6  0  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Receivables Purchase Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

$291,290.44

**3.35** Nonpriority creditor's name and mailing address

**Waste Connection Lone Star, Inc.**

**PO Box 809**

**Weatherford, TX 76086-0809**

Date or dates debt was incurred

Last 4 digits of account number    **-  0  0  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset?
☑ No
☐ Yes

$2,344.79

**3.36** Nonpriority creditor's name and mailing address

**Weaver Leather**

**PO Box 68**

**Mount Hope, OH 44660**

Date or dates debt was incurred    **6/14/2024**

Last 4 digits of account number    **2  2  2  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?
☑ No
☐ Yes

$82.02

| Part 2: | Additional Page |
|---------|-----------------|

| **3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150.84 |
|---------|------|------|------|
| | **Winding Way Farm 2 Inc.** | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **4465 Limaburg Rd Suite 3** | ☐ Unliquidated | |
| | **Hebron, KY 41048** | ☐ Disputed | |
| | | **Basis for the claim:** **Trade debt** | |
| | Date or dates debt was incurred **4/30/2024** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | Last 4 digits of account number **2 9 4 2** | ☐ Yes | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Lively & Associates, PLLC** <br> **Daniel R. Aguilar** <br> **301 Commerce Street 1401** <br> **Fort Worth, TX 76102** | Line **3.31** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 **Meghan C. Scott** <br> **Noble Law Office** <br> **1405 W 16th St Ste A** <br> **Yuma, AZ 85364-4579** | Line **3.7** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 **Wallace Insurance Group LLC** <br> **123 N Main St** <br> **Weatherford, TX 76086-3240** | Line **3.24** <br> ☐ Not listed. Explain _____ | __ __ __ __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$12,257.23** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$3,432,367.77** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$3,444,625.00** |

Fill in this information to identify the case:

Debtor name _____ **Horseman Supply Inc.** _____

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____ **24-43133-7** _____ Chapter ___ **7** ___

☑ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |

Debtor name **Horseman Supply Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**

(State)

Case number (If known): **24-43133-7**

☑ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Beverly Jackson** | **515 Kornegay St** <br> Street <br><br> **Dover, NC 28526** <br> City / State / ZIP Code | **Funding Metrics, LLC** <br><br><br> **Brink's Security** | ☑ D <br> ☐ E/F <br> ☐ G <br> ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 **Jackson, Beverly** | **515 E Kornegay St** <br> Street <br><br> **Dover, NC 28526-8819** <br> City / State / ZIP Code | **Vernon Capital Group, LLC** <br><br> **Bizfund LLC** <br><br><br> **TXU Energy** <br><br><br> **Arizona Hay & Feed** | ☐ D <br> ☑ E/F <br> ☐ G <br> ☑ D <br> ☐ E/F <br> ☐ G <br> ☐ D <br> ☑ E/F <br> ☐ G <br> ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3 **Jackson, Beverly Ann** | **515 E. Kornegay St.** <br> Street <br><br> **Dover, NC 28526** <br> City / State / ZIP Code | **Ted & Valerie Sudderth** <br><br> **Lone Star Tack** | ☐ D <br> ☑ E/F <br> ☐ G <br> ☐ D <br> ☑ E/F <br> ☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | K&K Veterinary Supply | ☐ D ☑ E/F ☐ G |
| | | C&G Logistics | ☐ D ☑ E/F ☐ G |
| | | Nelson Wholesale Service | ☐ D ☑ E/F ☐ G |
| | | Bluebonnet Feeds | ☐ D ☑ E/F ☐ G |
| | | Professional Choice | ☐ D ☑ E/F ☐ G |
| | | K&D Equestrain Products LLC | ☐ D ☑ E/F ☐ G |
| | | Daurio Brothers Alfalfa Company | ☐ D ☑ E/F ☐ G |
| | | Winding Way Farm 2 Inc. | ☐ D ☑ E/F ☐ G |
| | | Animal Health International | ☐ D ☑ E/F ☐ G |
| | | Shiloh Stables & Tack | ☐ D ☑ E/F ☐ G |
| | | D&J Distributors | ☐ D ☑ E/F ☐ G |
| | | Weaver Leather | ☐ D ☑ E/F ☐ G |
| | | Frontier Forest Products | ☐ D ☑ E/F ☐ G |
| | | Med Vet Pharmaceuticals | ☐ D ☑ E/F ☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **Partrade Trading Corporation** | ☐ D  ☑ E/F  ☐ G |
| | | **Equibrand Corporation** | ☐ D  ☑ E/F  ☐ G |
| | | **Five Star Alarm & Communications, Inc.** | ☐ D  ☑ E/F  ☐ G |
| | | **Texas Butane Co., Inc.** | ☐ D  ☑ E/F  ☐ G |
| | | **Waste Connection Lone Star, Inc.** | ☐ D  ☑ E/F  ☐ G |
| | | **Bryant Grain Co.** | ☐ D  ☑ E/F  ☐ G |
| | | **Nationwide Insurance** | ☐ D  ☑ E/F  ☐ G |
| | | **C.J. Bell Hay Sales** | ☐ D  ☑ E/F  ☐ G |
| | | **Hardison Farms** | ☐ D  ☑ E/F  ☐ G |
| | | **J.R. Preece** | ☐ D  ☑ E/F  ☐ G |
| | | **Parker County Appraisal District** | ☑ D  ☐ E/F  ☐ G |
| | | **Chase** | ☐ D  ☑ E/F  ☐ G |
| | | **Small Business Administration** | ☑ D  ☐ E/F  ☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| | | | Libertas Funding, LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | | IOU Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | Sanchez Creek Holding Co., Inc. | 2020 Fort Worth Hwy<br>Street<br><br>Weatherford, TX 76086-4706<br>City   State   ZIP Code | Ted & Valerie Sudderth | ☐ D<br>☑ E/F<br>☐ G |
| | | | Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | Sanchez Creek Holding Co., Inc. | 2020 Fort Worth Hwy<br>Street<br><br>Weatherford, TX 76086<br>City   State   ZIP Code | Ted & Valerie Sudderth | ☐ D<br>☑ E/F<br>☐ G |
| | | | Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Ted & Valerie Sudderth | 1861 Ranger Highway<br>Street<br><br>Weatherford, TX 76086<br>City   State   ZIP Code | Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name _____ **Horseman Supply Inc.** _____

United States Bankruptcy Court for the:

_____ **Northern District of Texas** _____

Case number (if known): _____ **24-43133-7** _____ Chapter __**7**__

☑ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   **1a. Real Property:**

   Copy line 88 from *Schedule A/B*.............................................................................................

   **$1,610,000.00**

   **1b. Total personal property:**

   Copy line 91A from *Schedule A/B*...........................................................................................

   **$728,164.00**

   **1c. Total of all property:**

   Copy line 92 from *Schedule A/B*.............................................................................................

   **$2,338,164.00**

**Part 2:** Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$913,482.94**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

   **$12,257.23**

   **3b. Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   **+** __**$3,432,367.77**__

4. **Total liabilities**.................................................................................................................

   **$4,358,107.94**

   Lines 2 + 3a + 3b

Debtor name      __**Horseman Supply Inc.**__

United States Bankruptcy Court for the:

__**Northern District of Texas**__

Case number (if known):    __**24-43133-7**__

☑ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __09/16/2024__
     MM/ DD/ YYYY

**X** __/s/ Beverly Jackson__
Signature of individual signing on behalf of debtor

__Beverly Jackson__
Printed name

__President__
Position or relationship to debtor